# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OBIE L. CRISP III, | Case No. 1:13-cv-01899-SKO PC |
| Plaintiff, | ORDER DISMISSING COMPLAINT WITH LEAVE TO AMEND FOR FAILURE TO COMPLY WITH RULE 8(A)(2) |
| v. | |
| WASCO STATE PRISON, et al., | (Doc. 1) |
| Defendants. | THIRTY-DAY DEADALINE TO FILE AMENDED COMPLAINT NOT TO EXCEED TWENTY-FIVE PAGES |

Plaintiff Obie L. Crisp III, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on November 22, 2013. Plaintiff's 298 page complaint violates Federal Rule of Civil Procedure 8(a)(2), which calls for "a short and plain statement of the claim. . . . ." Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's complaint is dismissed for failure to comply with Rule 8(a)(2);

2. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file an amended complaint which may not exceed **twenty-five (25) pages**, excluding exhibits;[1] and

///

///

---

[1] Plaintiff is not required to support his amended complaint exhibits, but he may do so if he chooses. Fed. R. Civ. P. 10(c). If Plaintiff includes exhibits, they must be incorporated by reference. The Court will not sift through Plaintiff's exhibits in an effort to piece together his claims. Plaintiff bears the burden of clearly and concisely stating his claims and linking one or more named defendants to the violations at issue. *E.g.*, *Long v. County of Los Angeles*, 442 F.3d 1178, 1185 (9th Cir. 2006); *Jones v. Williams*, 297 F.3d 930, 934 (9th Cir. 2002).

3. The failure to comply with this order will result in dismissal of this action, without prejudice.

IT IS SO ORDERED.

Dated:   **November 26, 2013**                      **/s/ Sheila K. Oberto**
                                                                       UNITED STATES MAGISTRATE JUDGE

2