# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OBIE L. CRISP III, | Case No. 1:13-cv-01899-SKO (PC) |
| Plaintiff, | ORDER DENYING MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT AS PREMATURE AND DENYING MOTION FOR LEAVE TO SUBMIT MISSING PAGE AS MOOT |
| v. | |
| WASCO STATE PRISON, et al., | |
| Defendants. | (Docs. 12 and 13) |

Plaintiff Obie L. Crisp III, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on November 22, 2013. On June 23, 2014, Plaintiff filed a second amended complaint in compliance with the second screening order filed on May 21, 2014. On June 26, 2014, Plaintiff filed a motion for leave to submit a missing page to his second amended complaint, and on November 17, 2014, Plaintiff filed a motion seeking leave to file a third amended complaint.

At this juncture in the proceedings, Plaintiff is entitled to amend once as a matter of right. Fed. R. Civ. P. 15(a)(1). Therefore, Plaintiff may file a third amended complaint without leave of court and his motion shall be denied as premature. However, Plaintiff is reminded that his third amended complaint may not exceed twenty-five pages. In light of Plaintiff's intention to amend, his motion for leave to submit a missing page to his second amended complaint is denied as moot.

///

///

1  Based on the foregoing, Plaintiff's motion for leave to file a third amended complaint is
2  HEREBY DENIED as premature, and his motion to submit a missing page to his second amended
3  complaint is DENIED as moot.

IT IS SO ORDERED.

Dated:   **November 19, 2014**                              **/s/ Sheila K. Oberto**
                                                            UNITED STATES MAGISTRATE JUDGE