1

2

3

4

5

6

7

8

9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

10    OBIE L. CRISP III,                                    Case No. 1:13-cv-01899-SKO (PC)

11                    Plaintiff,                            ORDER DENYING MOTION AS MOOT
                                                            AND DIRECTING CLERK'S OFFICE TO
12            v.                                            FILE THIRD AMENDED COMPLAINT
                                                            RECEIVED ON NOVEMBER 21, 2014
13    WASCO STATE PRISON, et al.,

14                    Defendants.
      _____/

15

16          Plaintiff Obie L. Crisp III, a state prisoner proceeding pro se and in forma pauperis, filed

17    this civil rights action pursuant to 42 U.S.C. § 1983 on November 22, 2013.  On November 17,

18    2014, Plaintiff filed a motion seeking leave to file a third amended complaint, and on November

19    20, 2014, the Court denied the motion as premature in light of Plaintiff's entitlement to amend

20    once as a matter of right.  Fed. R. Civ. P. 15(a).  On November 21, 2014, the Court received

21    another motion seeking leave to amend accompanied by a proposed amended complaint.

22          In light of the Court's order filed on November 20, 2014, Plaintiff's motion is HEREBY

23    DENIED as moot and the Clerk's Office is DIRECTED to file the third amended complaint.

24
      IT IS SO ORDERED.
25

26    Dated:   **November 25, 2014**              **/s/ Sheila K. Oberto**
                                                  UNITED STATES MAGISTRATE JUDGE
27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28