# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OBIE LEE CRISP,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WASCO STATE PRISON, et al.,<br><br>　　　　Defendants. | Case No.  1:13-cv-01899-AWI-SKO (PC)<br><br>**ORDER DISREGARDING PLAINTIFF'S MOTIONS FOR EXTENSIONS OF TIME TO CONDUCT DISCOVERY AND TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT SINCE MOOT**<br><br>**(Docs. 47, 49, 51, 52, 54)** |

　　　　Plaintiff, Obie Lee Crisp, III, is a state prisoner, proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983.  On December 28, 2015, Defendants filed a motion for summary judgment raising Plaintiff's failure to exhaust the available administrative remedies before filing suit.  (Doc. 34.)   Subsequently, Plaintiff filed a number of motions requesting extensions of time to file his opposition, various of which were granted.  (*See* Docs. 38, 40, 41, 42, 43, 45, 46, 47, 49, 51, 52, 54.)  Defendants' motion was recently denied as they failed to meet their burden on moving for summary judgment.  (Docs. 56, 59).  This mooted Plaintiff's outstanding motions for extensions of time relating to his opposition.  (*See* Docs. 47, 49, 51, 52, 54.)

　　　　Accordingly, it is HEREBY ORDERED that Plaintiff's outstanding motions for extension of time relating to his opposition to Defendants' motion for summary judgment (Docs. 47, 49, 51, 52, 54) are DISREGARDED since moot.

IT IS SO ORDERED.

Dated:　**September 30, 2016**　　　　　　　/s/ *Sheila K. Oberto*　　　　
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE