# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OBIE LEE CRISP,<br><br>    Plaintiff,<br><br>    v.<br><br>WASCO STATE PRISON, et al.,<br><br>    Defendants. | Case No.  1:13-cv-01899-AWI-SKO (PC)<br><br>**ORDER DISREGARDING PLAINTIFF'S REPLIES TO DEFENDANTS' OBJECTIONS TO THE FINDINGS AND RECOMMENDATIONS TO DENY THEIR MOTION FOR SUMMARY JUDGMENT SINCE MOOT**<br><br>**(Docs. 61, 62)** |

   Plaintiff, Obie Lee Crisp, III, is a state prisoner, proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983.  On December 28, 2015, Defendants filed a motion for summary judgment raising Plaintiff's failure to exhaust the available administrative remedies before filing suit.  (Doc. 34.)   Findings and Recommendations to deny Defendants' motion issued on August 31, 2016, which were adopted on September 29, 2016.  (Docs. 56, 59.)

   On September 30, 2016, Plaintiff filed a set of replies to Defendants' objections to the Findings and Recommendations.  (Docs. 61, 62.)  Since the Findings and Recommendations were adopted in full, Defendants' objections warrant no further discussion, which moots Plaintiff's recently filed replies to the objections.

   Accordingly, it is HEREBY ORDERED that Plaintiff's replies to Defendants' objections to the Findings and Recommendations on their exhaustion motion, filed on September 30, 2016, (Docs. 61, 62) are DISREGARDED as moot.

IT IS SO ORDERED.

Dated:   **October 3, 2016**                    /s/ *Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28