# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

OBIE LEE CRISP,

           Plaintiff,

      v.

WASCO STATE PRISON, et al.,

           Defendants.

Case No.  1:13-cv-01899-AWI-SKO (PC)

**ORDER DISREGARDING PLAINTIFF'S MOTION TO LODGE AND DEFER SERVICE AS MOOT**

**(Doc. 55)**

      Plaintiff, Obie Lee Crisp, III, is a state prisoner, proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983.  On June 20, 2016, Plaintiff filed a document titled "Notice and Motion to Lodge and Defer Service on the Defendant(s) Until Pleadings are Completed."  (Doc. 55.)  This document initially appeared to be a motion properly addressed after the deadline to amend pleadings lapsed.  Upon review of Plaintiff's declaration and exhibits attached to that motion, however, it appears that Plaintiff filed this document seeking to submit, but defer service of the exhibits, in support of his opposition to Defendants' motion for summary judgment.

      Defendants' summary judgment motion was denied because they failed to meet their burden as the moving party.  (Docs. 56, 59.)  This rendered moot the substance of Plaintiff's motion "to lodge and defer service" of exhibits in support of his opposition to Defendants' summary judgment motion.

      Accordingly, it is HEREBY ORDERED that Plaintiff's motion to lodge and defer service, filed on June 20, 2016, (Doc. 55), is DISREGARDED since moot.

IT IS SO ORDERED.

Dated:  __**December 6, 2016**__           _____ /s/ *Sheila K. Oberto*_____

                               UNITED STATES MAGISTRATE JUDGE