# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OBIE LEE CRISP, III,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WASCO STATE PRISON, et al.,<br><br>　　　　　Defendants. | 1:13-cv-01899-AWI-SKO (PC)<br><br>**ORDER DENYING PLAINTIFF'S MOTIONS TO DEPOSE DEFENDANTS WITHOUT PREJUDICE**<br><br>**(Docs. 69, 73)** |

　　　Plaintiff is a prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On October 28, 2016, Plaintiff filed two motions seeking to depose all of the Defendants in this action. (Docs. 69, 73.) Defendants have neither filed oppositions, nor statements of non-opposition. The motions are deemed submitted. L.R. 230(l).

　　　If Plaintiff wishes to depose Defendants, he may do so either via audio, audiovisual, stenographic, or other recording method, Fed. R. Civ. P. 30(b)(3), or via written questions, Fed. R. Civ. P. 31. In either event, Plaintiff must first make a showing that he is able and willing to retain an officer to either record and transcribe the deposition (Fed. R. Civ. P. 30(b)(3)(A)), or to take responses to the written questions and prepare the record (Fed. R. Civ. P. 31(b)).

　　　The Court will direct the Clerk's Office to send Plaintiff a copy of Rules 30 and 31 of the Federal Rules of Civil Procedure. If, after reviewing those rules, Plaintiff believes he is able to depose Defendants in compliance with either of those rules, Plaintiff shall notify the Court which Defendants he desires to depose and make a showing that he is able and willing to retain an officer for whichever type of deposition he chooses to conduct. The Court will then reconsider

Plaintiff's request to depose Defendants and will determine the course of action to facilitate the depositions.

Based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's motions for leave of court to depose Defendants (Docs. 69, 73), filed on October 28, 2016, are DENIED, without prejudice; and
2. The Clerk's Office shall send Plaintiff a copy of Rules 30 and 31 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated:   **December 12, 2016**                                  /s/ *Sheila K. Oberto*
                                                                                UNITED STATES MAGISTRATE JUDGE

2