UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

OBIE LEE CRISP

        Plaintiff,

vs.

WASCO STATE PRISON, et al.

        Defendants.

No. 1:13-cv-1899-AWI-SKO (PC)

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**
**OBIE LEE CRISP, CDC # AL-6821**

        Obie Lee Crisp, III, CDCR # AL-6821, a necessary and material witness in proceedings in this case on January 6, 2017, is confined in California Health Care Facility (CHCF), in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Kendall J. Newman, to appear by video-conferencing at California Health Care Facility (CHCF), January 6, 2017, at 9:00 a.m.

        ACCORDINGLY, IT IS ORDERED that:

        1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

        2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden/or Sheriff California Health Care Facility (CHCF):**

        **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: 12/29/2016

                                                KENDALL J. NEWMAN
                                                UNITED STATES MAGISTRATE JUDGE

/cris1899.841.vc