1
2
3
4

# UNITED STATES DISTRICT COURT

5

EASTERN DISTRICT OF CALIFORNIA

6

7    OBIE L. CRISP, III,                        **Case No.  1:13-cv-1899-AWI-SKO (PC)**

8                  Plaintiff,                    **ORDER CLOSING CASE PURSUANT TO**
                                                 **STIPULATED DISMISSAL WITH PREJUDICE**
9            v.
                                                 **(Docs. 87, 88)**
10   WASCP STATE PRISON, et al.,

11                 Defendants.

12
13

14        Plaintiff, Obie L. Crisp, III, is a state prisoner proceeding *pro se* and *in forma pauperis* in

15   this civil rights action pursuant to 42 U.S.C. § 1983.

16        On January 26, 2017, the parties submitted fully executed stipulations for voluntary

17   dismissal with prejudice per Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with the parties to

18   bear their own litigation costs and attorney's fees.  (Docs. 87, 88.)  Pursuant to Federal Rule

19   41(a)(1), this matter has automatically terminated.  See Fed. R. Civ. P. 41(a)(1)(A)(ii).

20        Accordingly, IT IS HEREBY ORDERED that the Clerk shall CLOSE this case in light of

21   the parties' stipulations for dismissal with prejudice of this case.

22
     IT IS SO ORDERED.
23
     Dated:   January 30, 2017          _____
24                                         SENIOR  DISTRICT  JUDGE
25
26
27
28

1